IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 16-cr-00105-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KEVIN ARTURO PEREZ-REYES,

    Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

    This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **June 6, 2016, at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

    ORDERED THAT all pretrial motions shall be filed by **April 14, 2016** and responses to these motions shall be filed by **April 21, 2016**. It is further

    ORDERED that a Trial Preparation Conference is set for **May 27, 2016, at 1:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

2)     sequestration of witnesses;

3)     timing of presentation of witnesses and evidence;

4)     anticipated evidentiary issues;

5)     any stipulations as to fact or law; and

6)     any other issue affecting the duration or course of the trial.

DATED this 1st day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge